UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JHB INVESTMENTS LLC,
and JOHN H. BAGLEY,

       Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

  v.

Case No. 17-cv-27-pp

CITY OF WEST BEND,
GWENN SOLDNER, TJ JUSTICE,
and KURTIS MCMAHON,

      Defendants.

---

☐    **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑    **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

      **THE COURT ORDERS AND ADJUDGES** that the plaintiffs' complaint is **DISMISSED WITH PREJUDICE** for lack of diligence under Civil Local Rule 41(c).

      **THE COURT ORDERS** that this case is **DISMISSED**.

      Approved and dated in Milwaukee, Wisconsin this 27th day of April, 2018.

          **BY THE COURT:**

          **HON. PAMELA PEPPER**
          **United States District Court**

          STEPHEN C. DRIES
          Clerk of Court

          s/ *Cary Biskupic*
          (by) Deputy Clerk